**GENENTECH, INC., Appellant,**

v.

**CHIRON CORP., Appellee.**

No. 05–1285.

United States Court of Appeals,
Federal Circuit.

Nov. 1, 2005.

*ORDER*

The parties jointly file a "Notice of Entry of Final Judgment" and request that the court dismiss Genentech, Inc.'s appeal 05–1285 of the November 30, 2004 decision of the Patent & Trademark Office Board of Patent Appeals & Interferences in *Genentech, Inc. v. Chiron Corp.*, Interference No. 105,048. We treat the parties' submission as a joint motion to dismiss 05–1285.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.*

(2) Each side shall bear its own costs.

**Darrell J. HAMPTON, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 05–7145.

United States Court of Appeals,
Federal Circuit.

Nov. 1, 2005.

Darrell J. Hampton, pro se.

ORDER

Order Vacated, See 2005 WL 3455843.

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

---

* We note that the parties request that this dismissal be without prejudice; however, it is not the practice of this court to dismiss with or without prejudice.